**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Joseph Rzasa,** | : |
| | : |
| | : **Civil Action No.: 3:15-cv-01340-WWE** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **TCM Financial Services, LLC. ; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
### <u>PURSUANT TO RULE 41(a)</u>

Joseph Rzasa ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: February 23, 2016**

**Respectfully submitted,**

**PLAINTIFF, Joseph Rzasa**

**/s/ Sergei Lemberg**

**Sergei Lemberg, Esq.**
**LEMBERG LAW, L.L.C.**
**43 Danbury Road, 3rd Floor**
**Wilton, CT 06897**
**Telephone: (203) 653-2250**
**Facsimile:  (203) 653-3424**
**slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on February 23, 2016, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

                                                **By /s/ Sergei Lemberg**

                                                      **Sergei Lemberg**